Case 07-70631   Doc 92   Filed 08/29/08   Entered 08/29/08 09:03:16   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CLARENCE O. BARES & SARAH D. BARES   Case Number: 07-70631
2306 FAIRVIEW AVENUE   SSN-xxx-xx-8259 & xxx-xx-3462
FOX RIVER GROVE, IL  60021

Case filed on:   3/20/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $10,305.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD C KELLY | 1,700.00 | 1,700.00 | 600.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 600.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 34,590.46 | 34,590.46 | 0.00 | 0.00 |
| 018 | ILLINOIS DEPARTMENT OF REVENUE | 5,826.12 | 5,826.12 | 0.00 | 0.00 |
|  | Total Priority | 40,416.58 | 40,416.58 | 0.00 | 0.00 |
| 999 | CLARENCE O. BARES | 0.00 | 0.00 | 28.01 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 28.01 | 0.00 |
| 001 | GREAT BANK ALGONQUIN | 6,582.88 | 6,582.88 | 1,551.65 | 658.35 |
| 002 | NATIONAL CITY MORTGAGE COMPANY | 20,397.28 | 20,397.28 | 4,982.24 | 1,631.76 |
|  | Total Secured | 26,980.16 | 26,980.16 | 6,533.89 | 2,290.11 |
| 003 | INTERNAL REVENUE SERVICE | 12,808.45 | 256.17 | 0.00 | 0.00 |
| 004 | ADVOCATE HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 6,675.06 | 133.50 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 18,401.53 | 368.03 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 16,940.34 | 338.81 | 0.00 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 12,403.66 | 248.07 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 12,470.31 | 249.41 | 0.00 | 0.00 |
| 010 | EVANSTON NORTHWEST HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | EVANSTON NORTHWESTERN HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 7,810.21 | 156.20 | 0.00 | 0.00 |
| 013 | HARRIS BANK NA | 4,185.31 | 83.71 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,677.35 | 33.55 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 3,006.67 | 60.13 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 7,921.91 | 158.44 | 0.00 | 0.00 |
| 017 | NATIONAL CITY BANK | 14,067.79 | 281.36 | 0.00 | 0.00 |
| 018 | ILLINOIS DEPARTMENT OF REVENUE | 1,003.38 | 20.07 | 0.00 | 0.00 |
|  | Total Unsecured | 119,371.97 | 2,387.45 | 0.00 | 0.00 |
|  | Grand Total: | 188,468.71 | 71,484.19 | 7,161.90 | 2,290.11 |

Total Paid Claimant:     $9,452.01
Trustee Allowance:        $852.99           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008         By  /s/Heather M. Fagan